Savannah, Florida & Western Ry. Co. *v.* Aultman.

Atkinson, J. No error of law was committed upon the trial, and the evidence was sufficient to support the verdict.

*Judgment affirmed. All the Justices concurring.*

Argued October 27, — Decided November 26, 1897.

Action for damages. Before Judge Sweat. Ware superior court. August 2, 1897.

*Erwin, duBignon & Chisholm*, for plaintiff in error.
*Toomer & Reynolds* and *Leon A. Wilson*, contra.